# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Amel Dalluge

JUDGMENT IN A CIVIL CASE

v.

Attorney General Rob McKenna

CASE NUMBER: 07-CV-163-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Petitioner's Motion to Voluntarily Dismiss pursuant Fed. R. Civ. P. 41(a) is GRANTED and the Petition is DISMISSED WITHOUT PREJUDICE.

October 9, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson